IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VAN TUAN NGUYEN                                              PETITIONER
A# 221-390-294

VERSUS                          CIVIL ACTION NO. 5:26-cv-435-DCB-BWR

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT              RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Van Tuan Nguyen's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. He is an immigration detainee currently housed at the Adams County Detention Facility in Natchez, Mississippi. Petitioner does not name his current custodian as the proper respondent. Even though he states "([p]lease see the Court Order attached)" for his grounds, *see* Pet. [1] at 6, the Court finds the attached Court Order is does not clearly state the grounds that Petitioner bases his habeas petition. Because Petitioner fails to name the proper custodian and clearly state the grounds for habeas relief, he will have to provide that information.

IT IS ORDERED AND ADJUDGED that Petitioner is directed to file a written and signed response **on or before August 3, 2026**, and state the name of his custodian — the Warden of the facility where he is incarcerated — as the proper respondent <u>and</u> clearly state each ground on which is bases his habeas petition.

IT IS FURTHER ORDERED that Petitioner shall file his written response with the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201.

Petitioner is warned that his failure to fully comply with this order in a timely manner or failure to keep this Court informed of his current address as required by the notice of assignment [1-6] may result in the dismissal of this cause.

SO ORDERED, this 20th day of July, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE